IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3057 |
| | ) | |
| V. | ) | |
| | ) | |
| TAMI M. RIECK, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1)      Defendant Tami Rieck's motion to withdraw her motion for pretrial
        for release, (filing no. 27), is granted.

2)      This defendant's motion for pretrial release, (filing no. 24), is
        withdrawn, and her hearing on the motion for release scheduled for
        today, June 26, 2009, at 1:30 p.m. is cancelled.

DATED this 26th day of June, 2009.

                              BY THE COURT:

                              *S/Richard G. Kopf*
                              United States District Judge